IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STEPHANIE OBLANDER,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendant. | Cause No: CV-22-24-GF-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Joint Stipulation To Dismiss With Prejudice pursuant to Rule 41, F.R.Civ.P.

IT IS ORDERED that this action, and all claims, are DISMISSED WITH PREJUDICE, the parties each to bear their own costs and attorneys' fees. All deadlines are vacated.

\\

Order - Page 1

SO ORDERED.

DATED this 1st day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court